SAUL *vs.* MAGEE.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF
NEW-ORLEANS.

When the decision of the case depends solely on matters of fact, and the evidence supports the judgment, it will not be disturbed.

This is a redhibitory action for the rescission of the sale of a slave, and to recover back the price.

The plaintiff alleges he purchased a female slave from the defendant, for seven hundred dollars, about nine or ten months ago ; and that she had been sick of a pulmonary complaint ever since, which has cost him in nursing and medical attendance, upwards of one hundred and fifty dollars. That that defendant has refused to take back said slave, although tendered ; and that he resides out of the state, but has property and effects within the jurisdiction of the court. He prays for an attachment, and judgment rescinding the sale, and for a return of the price, expenses and interest.

The defendant pleaded a general denial. During the pendency of the suit, the slave died, and a supplemental petition was presented, stating the fact, and claiming one hundred dollars for funeral charges.

The case was submitted to the parish judge on the pleadings and evidence, who was of opinion the plaintiff proved the existence of a redhibitory vice, to wit, pulmonary consumption, at the time of sale, and that he tendered the slave to the defendant before suit. Judgment was rendered rescinding the sale, and decreeing the return of the price with interest, and seventeen dollars for funeral expenses and costs. The defendant appealed.

*T. Slidell*, for the plaintiff.

*Peirce*, contra.

*Mathews, J.*, delivered the opinion of the court.

This is a redhibitory action, in which the plaintiff claims the rescission of the sale made to him by the defendant of a

EASTERN DIST. female slave, and restitution of the price, being seven hundred
June, 1836.   dollars.   The suit was commenced by attachment; and
ALLEN        property and credits in the hands of Hagan, Niven & Co.,
vs.          were attached, &c.
PEYTAVIN.

Judgment for the plaintiff was rendered in the court below, from which the defendant appealed.

When the de- The redhibitory disease is alleged to have been pulmonary consumption, of which the slave died before judgment was
cision of the case rendered, but after the commencement of the suit.   Before
depends solely
on matters of her death she had been tendered to the seller.   The decision
fact, and the evi- of the cause depends solely on matters of fact; and we are
dence supports
the judgment, it of opinion that the evidence supports the judgment of the
will not be dis- Parish Court.
turbed.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs in both courts.